```
CAROLINE L. FOWLER, City Attorney (SBN 110313)
MATTHEW J. LeBLANC, Assistant City Attorney (SBN 118667)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
City of Santa Rosa and Santa Rosa Officer
Christopher T. Parman, Badge #311
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| ANDREW M. MUSAELIAN, | Case No.  CV 08-05054 MHP |
| Plaintiff, | **[PROPOSED]** ORDER FOR LEAVE OF COURT RE: FILING OF MOTION TO DISMISS |
| v. | |
| CITY OF SANTA ROSA, SANTA ROSA POLICE DEPARTMENT, AND OFFICER CHRISTOPHER T. PARMAN, BADGE #311, AND FOUR UNKNOWN PLAIN CLOTHES OFFICERS, DOES, 1-10, | |
| Defendants. | |
| _____ / | |

Comes now defendants, City of Santa Rosa and Christopher T. Parman, requesting leave of Court to file, prior to the initial Case Management Conference, a Motion to Dismiss on the grounds set forth in the Notice of Motion and accompanying papers.

**IT IS HEREBY ORDERED** that defendants are granted leave of Court to file their Motion to Dismiss before the initial Case Management Conference, now set for March 16, 2009.

1/15/2009        U.S. District Court Judge, Marilyn H. Patel

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*

[Proposed] Order for Leave of Court        1