UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M. MUSAELIAN, | No. C 08-5054 MHP |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |

On May 26, 2009, plaintiff's complaint was dismissed with leave to amend. Docket No. 42. During the ten months thereafter, plaintiff has failed to file an amended complaint. Accordingly, plaintiff's action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: March 24, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California